OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICIAL BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 JUN. 03. 2015
$ 000.27⁵

6/3/2015

**Gluck, Andrei**          Tr. Ct. No. W03-51313-W(B)          **WR-81,148-02**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

ANDREI GLUCK
FCI SEAGOVILLE #45690-177
P.O. BOX 9000
SEAGOVILLE, TX 75159          U TF